UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 13-38994 |
| SPIRO LEMPESIS | Chapter: 7 |
| | Honorable Bruce W. Black |
| Debtor(s) | |

### ORDER GRANTING UNCONTESTED MOTION TO EXTEND THE TIME FOR ADAM KELLEY TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

This case came on for consideration upon the Uncontested Motion to Extend the Time to File a Complaint to Determine Dischargeability of Debt filed by Adam Kelley (the "Motion")(Doc. No.   ). For the reasons stated in the Motion, it is

ORDERED:

1. The Motion (Doc. No.   ) is granted.

2. The time for Adam Kelley to file a complaint to determine dischargeability of Adam Kelley's debt pursuant to 11 U.S.C. § 523 is hereby extended until sixty (60) days after final disposition of the Pending Lawsuit (as defined in the Motion).

Enter:

/s/ Janet S. Baer
United States Bankruptcy Judge

Dated: February 21, 2014

**Prepared by:**
Andrew V. Layden

Rev: 20130104_bko